Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address

FOR COURT USE ONLY

**FILED & ENTERED**

**DEC 08 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jle         DEPUTY CLERK**

☐ *Individual appearing without attorney*
☐ *Attorney for Movant*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>Santa Ana</u> DIVISION**

In re:

ALFRED CASTRO

CASE NUMBER: 8:25-bk-13343-MH

CHAPTER: 13

**ORDER ☐ GRANTING   ☒ DENYING**
**MOTION FOR ORDER IMPOSING A STAY OR**
**CONTINUING THE AUTOMATIC STAY**

☐   No hearing held
☒   Hearing held

DATE: December 2, 2025
TIME: 2:00 p.m.
COURTROOM: 6C
ADDRESS: 411 W. Fourth St.
Santa Ana, CA 92701

Debtor(s).

**Movant** *(name)*: Alfred Castro

1.   The Motion was:   ☐ Opposed   ☒ Unopposed   ☐ Settled by stipulation

2.   The Motion affects the following property (Property):

☐   Vehicle *(describe year, manufacturer, type and model)*:

   *Vehicle identification number:*
   *Location of vehicle (if known):*

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

☐ Equipment *(describe manufacturer, type, and characteristics)*:

    *Serial numbers(s):*
    *Location (if known):*

☐ Other personal property *(describe type, identifying information, and location)*:

☒ Real property:

    *Street Address:*       *1336 – 1336 ½ S. Knott Ave.*
    *Unit Number:*
    *City, State, Zip Code: Anaheim, CA 92804-4711*

    Legal description or document recording number (*including county of recording*):

    ☐ See attached page.

3. The Motion is granted on the grounds that:

  a. ☐ This case was filed in good faith.

  b. ☐ The Property is of consequential value or benefit to the estate.

  c. ☐ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.

  d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is

  a. ☐ Imposed *as to all creditors* until further order of the court.

  b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

  c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

  d. ☐ Continued *as to all creditors* until further order of the court.

  e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

  f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay is imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6. ☐ See attached continuation page for additional provisions.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

7. ☒   The Motion is denied:   ☐ without prejudice   ☒ with prejudice   ☒ on the following grounds:

   a.  ☒  Based upon the findings of fact and conclusions of law made on the record at the hearing

   b.  ☐  Unexcused non-appearance by Movant

   c.  ☐  Lack of proper service

   d.  ☐  Lack of good cause shown

   e.  ☐  Other (*specify*):

###

Date: December 8, 2025

Mark Houle
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.