United States Bankruptcy Court

Central District of California

In re:  Case No. 25-13343-MH
Alfred Castro  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2
Date Rcvd: Dec 08, 2025      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alfred Castro, 1336 S. Knott Avenue, Anaheim, CA 92804-4711 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| David Coats | on behalf of Creditor Deutsche Bank National Trust Company dacoats@raslg.com |
| Joseph C Delmotte | on behalf of Creditor PHH Mortgage Corporation ecfcacb@aldridgepite.com JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Krystina T Tran | on behalf of Debtor Alfred Castro ktran@ktranlaw.com trankr76075@notify.bestcase.com;ktran@ecf.courtdrive.com |

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Dec 08, 2025 | Form ID: pdf042 | Total Noticed: 1

United States Trustee (SA)
                    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 6

| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without attorney*<br>☐ *Attorney for Movant* | **FILED & ENTERED**<br><br>**DEC 08 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** jle    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –** *Santa Ana* **DIVISION**

| In re:<br><br>ALFRED CASTRO<br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 8:25-bk-13343-MH<br>CHAPTER: 13 |
|---|---|
|  | **ORDER ☐ GRANTING  ☒ DENYING**<br>**MOTION FOR ORDER IMPOSING A STAY OR**<br>**CONTINUING THE AUTOMATIC STAY** |
|  | ☐ No hearing held<br>☒ Hearing held<br><br>DATE: December 2, 2025<br>TIME: 2:00 p.m.<br>COURTROOM: 6C<br>ADDRESS: 411 W. Fourth St.<br>Santa Ana, CA 92701 |

**Movant** *(name)*: Alfred Castro

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following property (Property):

    ☐ Vehicle *(describe year, manufacturer, type and model)*:

    *Vehicle identification number:*
    *Location of vehicle (if known):*

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*    Page 1    F 4001-1.IMPOSE.STAY.ORDER

☐ Equipment *(describe manufacturer, type, and characteristics)*:

    *Serial numbers(s):*
    *Location (if known):*

☐ Other personal property *(describe type, identifying information, and location)*:

☒ Real property:

    *Street Address:*     1336 – 1336 ½ S. Knott Ave.
    *Unit Number:*
    *City, State, Zip Code:* Anaheim, CA 92804-4711

Legal description or document recording number *(including county of recording)*:

☐ See attached page.

3. The Motion is granted on the grounds that:
   a. ☐ This case was filed in good faith.
   b. ☐ The Property is of consequential value or benefit to the estate.
   c. ☐ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.
   d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is
   a. ☐ Imposed *as to all creditors* until further order of the court.
   b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.
   d. ☐ Continued *as to all creditors* until further order of the court.
   e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay is imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6. ☐ See attached continuation page for additional provisions.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*      Page 2      **F 4001-1.IMPOSE.STAY.ORDER**

7. ☒ The Motion is denied:    ☐ without prejudice    ☒ with prejudice    ☒ on the following grounds:

   a. ☒ Based upon the findings of fact and conclusions of law made on the record at the hearing

   b. ☐ Unexcused non-appearance by Movant

   c. ☐ Lack of proper service

   d. ☐ Lack of good cause shown

   e. ☐ Other (*specify*):

###

Date: December 8, 2025

Mark Houle
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.