# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

IN RE:

Alfred Castro  
1336 S. Knott Avenue  
Anaheim, CA  92804

Case No. **8:25-bk-13343-MH**

DATE: 3/4/2026

DEB1 SSN XXX-XX-7618

---

### NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY OF INTEREST WITHIN FIFTEEN(15) DAYS FROM THE DATE OF THIS NOTICE.

| NAME & ADDRESS OF CREDITOR | CLAIM AMOUNTS & INFO. | CLASSIFICATION & ACCOUNT |
|---|---|---|
| Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA  92701-4593 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 1 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Aven Financial Inc.<br>330 Primrose Road, Suite 412<br>Burlingame, CA  94010 | CLAIM: **$0.00**<br>SCHEDULED: $100,206.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 2 | SECURED<br>PAID OUTSIDE<br>ACCT: **4669**<br>COMM: DP: 2ND TD: 1336-1336 1/<br>COURT CLAIM#: |
| Best Egg<br>Attn: Bankrupcty<br>Po Box 42912<br>Philadelphia, PA  19101 | CLAIM: **$0.00**<br>SCHEDULED: $13,117.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 3 | UNSECURED<br>NOT FILED<br>ACCT: **2264**<br>COMM:<br>COURT CLAIM#: |
| Quantum3 Group LLC<br>PO Box 2489<br>Kirkland, WA  98083 | CLAIM: **$2,501.83**<br>SCHEDULED: $2,501.00<br><br>DATE FILED: 12/03/2025<br>TRUSTEE CLAIM#: 4 | UNSECURED<br><br>ACCT: **7504**<br>COMM:<br>COURT CLAIM#: 1 |
| CAPITAL ONE AUTO FINANCE<br>C/O AIS PORTFOLIO SERVICES, LP<br>PO BOX 4360<br>HOUSTON, TX  77210 | CLAIM: **$2,230.76**<br>SCHEDULED: $304.01<br><br>DATE FILED: 12/21/2025<br>TRUSTEE CLAIM#: 5 | SECURED<br>SURRENDERED<br>ACCT: **0905**<br>COMM: SURR. 2021 FORD BRONCO S<br>COURT CLAIM#: 7 |
| COASTAL COMMUNITY BANK<br>C/O AVEN FINANCIAL<br>910 CAMPISI WAY<br>SUITE 2D<br>CAMPBELL, CA  95008 | CLAIM: **$100,206.04**<br>SCHEDULED: $0.00<br><br>DATE FILED: 02/04/2026<br>TRUSTEE CLAIM#: 6 | MORTGAGE ARREARS<br><br>ACCT: **4669**<br>COMM: ARRS NO PROV/ NO PLANS:<br>COURT CLAIM#: 11 |

Case No. **8:25-bk-13343-MH**

| Creditor | Claim Info | Status |
|---|---|---|
| Credit One Bank<br>Attn: Bankruptcy Department<br>6801 Cimarron Rd<br>Las Vegas, NV  89113 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 7 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Jessica L Alvarado<br>Trustee of the Alice J Nunez Liv Tr<br>c/o Saunders & Associates APC<br>4000 MacArthur Blvd., Suite 600<br>Newport Beach, CA  92660 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 8 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM: PENDING CIVIL LAWSUIT<br>COURT CLAIM#: |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | CLAIM: **$5,434.19**<br>SCHEDULED: $5,434.00<br><br>DATE FILED: 12/04/2025<br>TRUSTEE CLAIM#: 9 | UNSECURED<br><br>ACCT: **5160**<br>COMM:<br>COURT CLAIM#: 3 |
| PHH MORTGAGE<br>ATTN: SBRP<br>PO BOX 24781<br>WEST PALM BEACH, FL  33416 | CLAIM: **$41,644.22**<br>SCHEDULED: $30,101.99<br><br>DATE FILED: 02/02/2026<br>TRUSTEE CLAIM#: 10 | MORTGAGE ARREARS<br><br>ACCT: **9806**<br>COMM: ARRS DP:1ST  TD: 1336-13<br>COURT CLAIM#: 10 |
| The Bureaus Inc<br>Attn: Bankruptcy<br>650 Dundee Rd, Ste 370<br>Northbrook, IL  60062 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 11 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Toyota Motor Credit Corporation<br>PO Box 4700<br>Phoenix, AZ  85030 | CLAIM: **$2,318.23**<br>SCHEDULED: $2,318.23<br><br>DATE FILED: 12/31/2025<br>TRUSTEE CLAIM#: 12 | SECURED<br><br>ACCT: **8197**<br>COMM: ARRS PER CLASS 3C. DP; 2<br>COURT CLAIM#: 8 |
| United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA  92701-4593 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 13 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Amrane (SA) Cohen (TR)<br>770 The City Drive South Suite 3700<br>Orange, CA  92868 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 14 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Krystina T Tran<br>Law Offices of Krystina T Tran<br>17011 Beach Blvd<br>Ste 830<br>Huntington Beach, CA  92647 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 15 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |

Case No. **8:25-bk-13343-MH**

| Creditor | Claim Info | Status |
|---|---|---|
| CAPITAL ONE AUTO FINANCE<br>C/O AIS PORTFOLIO SERVICES, LP<br>4515 NORTH SANTA FE AVENUE<br>DEPT. APS<br>OKLAHOMA CITY, OK 73118 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 16 | NOTICE ONLY<br><br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Toyota Motor Credit Corporation<br>PO Box 4700<br>Phoenix, AZ 85030 | CLAIM: **$1,633.11**<br>SCHEDULED: $1,633.11<br>DATE FILED: 12/31/2025<br>TRUSTEE CLAIM#: 17 | SECURED<br><br>ACCT: **5882**<br>COMM: ARRS PER CLASS 3C. DP: 2<br>COURT CLAIM#: 9 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | CLAIM: **$2,353.19**<br>SCHEDULED: $2,353.00<br>DATE FILED: 12/04/2025<br>TRUSTEE CLAIM#: 18 | UNSECURED<br><br>ACCT: **3859**<br>COMM:<br>COURT CLAIM#: 5 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | CLAIM: **$1,430.66**<br>SCHEDULED: $1,430.00<br>DATE FILED: 12/04/2025<br>TRUSTEE CLAIM#: 19 | UNSECURED<br><br>ACCT: **7307**<br>COMM:<br>COURT CLAIM#: 4 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | CLAIM: **$1,297.72**<br>SCHEDULED: $1,297.00<br>DATE FILED: 12/04/2025<br>TRUSTEE CLAIM#: 20 | UNSECURED<br><br>ACCT: **5650**<br>COMM:<br>COURT CLAIM#: 6 |
| ROBERTSON, ANSCHUTZ, SCHNEID, CRANE, LLP<br>13010 MORRIS ROAD<br>SUITE 450<br>ALPHARETTA, GA 30004 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 21 | NOTICE ONLY<br><br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| ROBERTSON, ANSCHUTZ, SCHNEID, CRANE, LLP<br>13010 MORRIS ROAD<br>SUITE 450<br>ALPHARETTA, GA 30004 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 22 | NOTICE ONLY<br><br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 23 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>NORFOLK, VA 23541 | CLAIM: **$2,593.08**<br>SCHEDULED: $2,593.00<br>DATE FILED: 12/04/2025<br>TRUSTEE CLAIM#: 24 | UNSECURED<br><br>ACCT: **5303**<br>COMM:<br>COURT CLAIM#: 2 |

Case No.**8:25-bk-13343-MH**

| | | |
|---|---|---|
| Lilia Moreno<br>2441 West Lincoln Avenue<br>Anaheim, CA  92801 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 25 | UNSECURED<br>NOT FILED<br>ACCT: **1160**<br>COMM: DSO<br>COURT CLAIM#: |
| CAPITAL ONE AUTO FINANCE<br>C/O AIS PORTFOLIO SERVICES, LP<br>PO BOX 4360<br>HOUSTON, TX  77210 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 26 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT  84130 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 27 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |

Case No. **8:25-bk-13343-MH**

| | |
|---|---|
| In re:<br>Alfred Castro<br>1336 S. Knott Avenue<br>Anaheim, CA 92804                           Debtor(s). | **CHAPTER 13**<br><br>**Case No.:** 8:25-bk-13343-MH |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

ORANGE CITY SQUARE
770 THE CITY DR. SOUTH, #3700
ORANGE, CA 92868

The foregoing document described as <u>Notice of Intent to Pay Claims.</u> will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/4/2026 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

  Krystina T Tran                                                      KTRAN@KTRANLAW.COM

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 3/4/2026 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

  Alfred Castro
  1336 S. Knott Avenue
  Anaheim, CA 92804

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/4/2026 | Reyna Patrick | /s/ Reyna Patrick |
|---|---|---|
| Date | Type Name | Reyna Patrick |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                F 9013-3.1.PROOF.SERVICE